

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00293-CR

Olivia Bianca **SEGURA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-3130
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Velia J. Meza, Justice

Delivered and Filed: June 10, 2026

DISMISSED FOR WANT OF JURISDICTION

On April 9, 2026, appellant filed a pro se notice of appeal stating that she was appealing the trial court's modification to the conditions of her deferred adjudication. Appellant was granted deferred adjudication on October 10, 2022, which was modified on February 9, 2026. This court does not have jurisdiction to consider an appeal from an order modifying conditions of deferred adjudication. *See McGee v. State*, No. 05-12-01684-CR, 2013 WL 1729462, at *1 (Tex. App.—Dallas Apr. 22, 2013, no pet.) (mem. op., not designated for publication) (holding that a "trial

court's order denying appellant's motion for a sentence reduction is not one of the enumerated appealable orders."); *see also Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.) (holding that modifications of terms of deferred adjudication are not appealable). Furthermore, the record was devoid of the trial court's certification of defendant's right of appeal as required by Texas Rule of Appellate Procedure 25.2(a)(2), (d).

On April 16, 2026, we ordered appellant to show cause, in writing, no later than May 5, 2026, why this appeal should not be dismissed for want of jurisdiction. Our order cautioned appellant that if she did not respond within the time provided, this appeal would be dismissed for want of jurisdiction.

On April 20, 2026, appellant filed a motion for leave to file late notice of appeal contending that various conditions of her deferred adjudication caused her to file her notice of appeal late. However, her motion failed to address the lack of (1) a final appealable order or (2) the trial court's certification of defendant's right of appeal.

Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH